**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **WILLIE JAMES ATMORE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CASE NO. 5:25-CV-521-CAR-ALS** |
| | : | |
| **DR. MOHOMED, *et al.*,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**ORDER DENYING MOTION FOR RECONSIDERATION**

Presently before the Court is Plaintiff's Motion for Reconsideration [Doc. 8] of the Court's Order [Doc. 4] dismissing Plaintiff's case without prejudice because he failed to respond to the Court's order to file a signed complaint. After the case was dismissed, Plaintiff filed three affidavits and a motion for reconsideration but did not sign and refile his complaint.

"[R]econsideration of a previous order is an extraordinary remedy to be employed sparingly."[1] This Court's Local Rule 7.6 provides that motions for reconsideration should not be filed as a matter of routine practice, but only when "absolutely necessary." Reconsideration is appropriate "only if the movant demonstrates [1] that there has been an intervening change in the law, [2] that new evidence has been discovered which was

[1] *Groover v. Michelin North America, Inc.*, 90 F. Supp. 2d 1236, 1256 (M.D. Ala. 2000).

not previously available to the parties in the exercise of due diligence, or [3] that the court made a clear error of law."[2] However, "[a] motion for reconsideration does not provide an opportunity to simply reargue the issue the Court has once determined."[3]

Plaintiff's filings are almost illegible and present no discernable basis for this Court to reconsider its previous Order. Accordingly, the Court hereby **DENIES** Plaintiff's Motion [Doc. 8].

**SO ORDERED,** this 28th day of August, 2026.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

[2] *McCoy v. Macon Water Authority*, 966 F. Supp. 1209, 1222–23 (M.D. Ga.1997).
[3] *Pennamon v. United Bank*, No. 5:09-CV-169 (CAR), 2009 WL 2355816, at *1 (M.D. Ga. July 28, 2009) (quotation omitted).